**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**WILFRED AND BILLIE JEAN BERNIER,**

Plaintiff,

v.

**ST. JUDE MEDICAL, INC.,**

Defendant.

Civil No. 01-927 JRT
01-MD-1396 JRT/FLN

**ORDER OF DISMISSAL**

---

Michael B. Cosentino, **SEEGEL, LIPSHUTZ & WILCHINS**, 60 Williams Street, Suite 200, Wellesley, Massachusetts 02481, for plaintiffs.

Janet H. Kwuon, **REED SMITH**, 355 Grand Avenue South, Suite 2900, Los Angeles, California 90071, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge