**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 1396 |
| THIS DOCUMENT RELATES TO PLAINTIFFS, WILFRED BERNIER and BILLIE JEAN BERNIER | : | |

**REQUEST FOR DISMISSAL**

Plaintiffs, WILFRED BERNIER and BILLIE JEAN BERNIER, hereby request that the court dismiss, WITH PREJUDICE, the entire action against defendant, ST. JUDE MEDICAL, INC., with each party to bear their own costs.

Respectfully submitted,

ZIMMERMAN REED, P.L.L.P.

By______/s/________________________
J. Gordon Rudd, Jr., #222082
David M. Cialkowski #0306526
651 Nicolett Mall, Suite 501
Minneapolis, MN 55402
(612) 341-0400

LIAISON COUNSEL FOR PLAINTIFFS

James T. Capretz, Esq.
Mike Bosko, Esq.
CAPRETZ & ASSOCIATES
5000 Birch Street, Suite 2500
Newport Beach, CA 92660
(949) 724-3000

Steven E. Angstreich, Esq.
Michael Coren, Esq.

Carolyn C. Lindheim, Esq.
LEVY, ANGSTREICH, FINNEY,
BALDANTE, RUBENSTEIN & COREN, PC
Woodcrest Pavilion, Suite 100
Ten Melrose Avenue
Cherry Hill, New Jersey 08003
(856) 424-8967

LEAD COUNSEL FOR PLAINTIFFS

Joe D. Jacobson, Esq.
David T. Butsch, Esq.
GREEN, SCHAFF & JACOBSON, P.C.
7733 Forsyth Boulevard, Suite 700
Clayton, Missouri 63105

LEAD COUNSEL FOR
CLASS II PLAINTIFFS

**ORDER**

**IT IS HEREBY ORDERED**, pursuant to the request of plaintiffs, that the claim of plaintiffs, WILFRED BERNIER and BILLIE JEAN BERNIER, be dismissed with prejudice.

DATED: ______________________

______________________________
JUDGE JOHN R. TUNHEIM

S:\DOCS\8141-00 BERNIER v. St. Jude (Massachusetts)\Pleadings\Reqeust for Dismissal for Bernier dated 4-1-05.wpd

S:\DOCS\8141-00 BERNIER v. St. Jude (Massachusetts)\Pleadings\Reqeust for Dismissal for Bernier dated 4-1-05.wpd