**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE: ST. JUDE MEDICAL, INC., SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1396
Civil No. 01-927 JRT

THIS DOCUMENT RELATES TO PLAINTIFFS, WILFRED BERNIER and BILLIE JEAN BERNIER (JCCP 01-927)

**ORDER**

J. Gordan Rudd, Jr., and David M. Cialkowski, **ZIMMERMAN REED, PLLP**, 651 Nicolett Mall, Suite 501, Minneapolis, Minnesota 55402, for plaintiffs.

James T. Capretz and Mike Bosko, **CAPRETZ & ASSOCIATES**, 5000 Birch Street, Suite 2500, Newport Beach, California 92660, for plaintiffs as liason counsel.

Steven M Kohn, **REED SMITH**, 1999 Harrison Street, Suite 2400, Oakland, California 94612 , for defendants.

**IT IS HEREBY ORDERED**, pursuant to the request of plaintiffs, that the claim of plaintiffs, WILFRED BERNIER and BILLIE JEAN BERNIER, be dismissed with prejudice.

DATED: May 31, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge